UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Paul Modrell<br><br>Defendant. | Case No. 22-mj-267 |

### ORDER

The Court has reviewed Defendant's financial affidavit dated December 20, 2022, and finds that Defendant has financial resources that are in excess of the amount needed to provide him and any dependents with the necessities of life but are insufficient to pay fully for retained counsel. The Court therefore finds that Defendant is eligible for appointment of counsel under the Criminal Justice Act but is also financially capable of making monthly payments toward his representation pursuant to 18 U.S.C. § 3006A(f). Accordingly, it is hereby

**ORDERED** that Assistant Federal Public Defender Kathryn D'Adamo Guevara is appointed to represent Defendant in this matter; it is further

**ORDERED** that Defendant shall pay the amount of $250.00 per month by the first of each month as reimbursement for the costs of his defense, beginning in January 2023 and continuing for 18 months. A separate Order will be entered with the details of the payments. Defendant may seek relief from these Orders in the interests of justice if his financial situation changes materially or for any other appropriate reason.

**SO ORDERED**.

**Date:** December 20, 2022

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge